IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GARON MCKENZIE MORGAN, #272213, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:23-CV-390-WKW ) [WO] |
| KAREN CARTER, LAVETA BOBEN, and MR. HAMPTON, | ) ) ) ) |
| Defendants. | ) |

# **ORDER**

Plaintiff Garon McKenzie Morgan, a state inmate proceeding *pro se*, filed this 42 U.S.C. § 1983 action alleging violations of his federally protected rights while incarcerated at the Easterling Correctional Facility. Defendants filed a Special Report and Answer (Doc. # 25), and the court ordered Plaintiff to respond by October 22, 2024 (Doc. # 26), later extending the deadline to December 16, 2024 (Doc. # 33). Notwithstanding that Plaintiff was forewarned that his failure to comply would result in a recommendation for dismissal of this action (Doc. # 26 at 2), Plaintiff did not respond by the extended deadline.

Due to Plaintiff's failure to comply the court's Order, on January 29, 2025, the Magistrate Judge filed a Recommendation for dismissal of this action without prejudice. (Doc. # 34.) The authority of courts to dismiss cases for failure to obey

court orders is supported by Rule 41(b) of the Federal Rules of Civil Procedure and controlling case law. (Doc. # 34 at 1–2.) Objections were due by February 12, 2025; however, to date, no objections have been filed.

Based on the foregoing and an independent review of the record, it is ORDERED as follows:

(1) The Recommendation (Doc. # 34) is ADOPTED; and

(2) Plaintiff's action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 25th day of March, 2025.

                                              /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE